IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NAKISHA N. HERRING,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 2:12-cv-982
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

**ORDER**

    This is an action under 42 U.S.C. §§ 405(g) and 1383(c)(3) in which Plaintiff, Nakisha N. Herring, seeks review of a final decision of the Commissioner of Social Security ("Commissioner") that denied her applications for social security disability insurance benefits, child disability benefits, and supplemental security income.  The matter is before the Court for consideration of the United States Magistrate Judge's December 9, 2013 Report and Recommendation.  (ECF No. 17.)

    The Magistrate Judge recommended that the Court deny Plaintiff's motion for a remand and affirm the Commissioner's decision.  The Report and Recommendation specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (ECF No. 17, at Page ID # 76.)

    This Court has reviewed the Report and Recommendation.  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the

Report and Recommendation (ECF No. 17), **DENIES** Plaintiff's motion for a remand (ECF No. 11), and **AFFIRMS** the Commissioner's decision.  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                          /s/   Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE